IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DAVID VERCUSKY, | : | Civil No. 3:15-cv-2461 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN PURDUE, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this \_\_16th\_\_ day of December, 2016, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion (Doc. 14) to dismiss is **GRANTED**.

2. The complaint is **DISMISSED** in its entirety.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge